UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

      -against-

                                  ORDER

SEAN DALTON,
                                  17 Cr. 674-2 (GBD)

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    A VOSR hearing is set for June 28, 2023, at 11:00 a.m.

Dated: New York, New York
       June 20, 2023

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE