UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

       -against-

SEAN DALTON,

                  Defendant.

------------------------------------x

ORDER

17 Cr. 674 (PKC)

GEORGE B. DANIELS, United States District Judge:

In light of this case having been transferred to Judge P. Kevin Castel, the VOSR hearing set for July 26, 2023 is cancelled *sine die*.

Dated: New York, New York
      July 24, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge