UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                           23 CR 329 (PKC)
                                                                                           17 CR 674 (PKC)

        -against-

SEAN DALTON,                                                                        <u>ORDER</u>

                               Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for October 31, 2023 is adjourned until November 30, 2023 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties more time to continue plea negotiations and to review discovery.  Accordingly, the time between today and November 30, 2023 is excluded.

        SO ORDERED.

                                                                       */s/ P. Kevin Castel*
                                                                       P. Kevin Castel
                                                               United States District Judge

Dated: New York, New York
       October 27, 2023